**FILED**
CLERK, U.S. DISTRICT COURT
10/26/21
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_DM\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>GREE ELECTRIC APPLIANCES, INC. OF ZHUHAI,<br>HONG KONG GREE ELECTRIC APPLIANCES SALES CO., LTD., and<br>GREE USA, INC.,<br><br>　　　　Defendants. | CR No. 2:21-cr-00498-MCS<br><br>I N F O R M A T I O N<br><br>[15 U.S.C. §§ 2068(a)(4), 2070: Knowing and Willful Failure to Report Information Regarding Consumer Product Safety Defects, Hazards, and Risks; 15 U.S.C. § 2070(c)(1), 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 853, 28 U.S.C. § 2461(c): Criminal Forfeiture] |

　　　The United States Department of Justice's Consumer Protection Branch and the Acting United States Attorney for the Central District of California charge:

　　　　　　　　　[15 U.S.C. §§ 2068(a)(4), 2070]

　　　　　　　　　　　　[ALL DEFENDANTS]

A.　INTRODUCTORY ALLEGATIONS

　　　1.　By at least September 2012, in Los Angeles County, within the Central District of California, and elsewhere, defendants GREE ELECTRIC APPLIANCES, INC. OF ZHUHAI, HONG KONG GREE ELECTRIC APPLIANCES SALES CO., LTD., and GREE USA, INC., obtained information

which reasonably supported the conclusion that dehumidifiers manufactured, distributed, and sold in interstate commerce by the defendants contained a defect that caused those dehumidifiers to overheat and catch fire, creating a substantial product hazard, and created an unreasonable risk of serious injury and death to United States consumers who operated the dehumidifiers in their homes and businesses.

2. Despite knowing that they were required immediately to inform the United States Consumer Product Safety Commission of the defects and risks of those dehumidifiers they manufactured, distributed, and sold in interstate commerce, defendants GREE ELECTRIC APPLIANCES, INC. OF ZHUHAI, HONG KONG GREE ELECTRIC APPLIANCES SALES CO., LTD., and GREE USA, INC., knowingly and willfully failed to inform the United States Consumer Product Safety Commission of those dehumidifiers' defects and risks until in or about June 2013.

B.  <u>KNOWING AND WILLFUL FAILURE TO REPORT INFORMATION REGARDING CONSUMER PRODUCT SAFETY DEFECTS, HAZARDS, AND RISKS</u>

3. From on or about September 19, 2012, through at least on or about June 2013, in Los Angeles County, within the Central District of California, and elsewhere, defendants GREE ELECTRIC APPLIANCES, INC. OF ZHUHAI, HONG KONG GREE ELECTRIC APPLIANCES SALES CO., LTD., and GREE USA, INC., knowingly and willfully failed to immediately report to the United States Consumer Product Safety Commission upon receiving information that reasonably supported the conclusion that the Chinese dehumidifiers contained a defect that could create a substantial product hazard, and created an unreasonable risk of

serious injury and death, as required by Title 15, United States Code, Section 2064(b)(3) and (4).

FORFEITURE ALLEGATIONS

[15 U.S.C. § 2070(c)(1); 18 U.S.C. § 981(a)(1)(C); 21 U.S.C. § 853; 28 U.S.C. § 2461(c)]

4. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with Title 15, United States Code, Section 2070(c)(1) and Title 28, United States Code, Section 2461(c) in the event of any defendant's conviction under the sole count of this Information:

5. Defendants shall forfeit the following property to the United States of America:

    a. all right, title, and interest in any and all property associated with any violation of the sole count of this Information; and

    b. to the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subsection a.

7. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), each defendant shall forfeit substitute property, up to the total value of the property described in the preceding paragraph, if, as a result of

//
//
//
//
//
//
//

any act or omission of a defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

| | |
|---|---|
| TRACY L. WILKISON<br>Acting United States Attorney | GUSTAV W. EYLER<br>Director<br>Consumer Protection Branch |
| */s/*<br>SCOTT M. GARRINGER<br>Assistant United States Attorney<br>Chief, Criminal Division<br><br>JOSEPH O. JOHNS<br>DENNIS MITCHELL<br>Assistant United States Attorneys<br>Environmental & Community Safety<br>  Crimes Section | */s/*<br>ALLAN GORDUS<br>NATALIE N. SANDERS<br>MARYANN N. MCGUIRE<br>Trial Attorneys<br>Consumer Protection Branch<br>Civil Division<br>U.S. Department of Justice |

5